UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL No. 227, et al., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | No. 1:20-cv-2045-TJK |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiffs United Food and Commercial Workers Union, Local No. 227; United Food and Commercial Workers Union, Local No. 1529; United Food and Commercial Workers Union, Local No. 1995; United Food and Commercial Workers Union, Local No. 2008; Retail, Wholesale and Department Store Union – Mid South Council; and United Food and Commercial Workers International Union hereby dismiss this action without prejudice.

Date: April 27, 2023

Respectfully submitted,

/s/ Nandan M. Joshi
Nandan M. Joshi (D.C. Bar No. 456750)
Adam R. Pulver (D.C. Bar No. 1020475)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
njoshi@citizen.org

*Counsel for Plaintiffs*

1